1 So.2d 46

**Ester Mae MELTON v. STATE**

**8 Div. 43.**

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 225

**George MILLER v. STATE.**

**8 Div. 237.**

Court of Appeals of Alabama.
March 24, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

11 So.2d 171

**Joe MILLER v. STATE.**

**4 Div. 730.**

Court of Appeals of Alabama.
Nov. 10, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

10 So.2d 58

**Walt MILLER v. STATE.**

**8 Div. 278.**

Court of Appeals of Alabama.
June 30, 1942.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

2 So.2d 926

**Ed MIMS v. STATE.**

**5 Div. 123.**

Court of Appeals of Alabama.
April 22, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

1 So.2d 46

**William T. MIMS v. STATE.**

**6 Div. 729.**

Court of Appeals of Alabama.
Feb. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.